UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Frank M. Jackson Jr.                        Docket No. 5:07-CR-19-1FL

### Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Frank M. Jackson Jr., who, upon an earlier plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on May 8, 2008, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On February 10, 2014, the sentence was amended pursuant to 28 U.S.C § 2255 reducing the term of imprisonment to 57 months. Frank M. Jackson Jr. was released from custody on November 21, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On August 13, 2015, and November 18, 2015, the defendant provided urine samples which tested positive for marijuana. When confronted with the results the defendant signed and admission of drug use. In addition to the two positive urine samples, the offender also admitted to intentionally diluting the urine samples submitted on August 24, 2015, September 11, 2015, September 24, 2015, October 13, 2015, November 5, 2015, and November 17, 2015. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 10 days of confinement in the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                        /s/ Tiffany C. Peacock
Robert L. Thornton                           Tiffany C. Peacock
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                          310 Dick Street
                                                          Fayetteville, NC 28301-5730
                                                          Phone: 910-354-2545
                                                          Executed On: December 8, 2015

### ORDER OF THE COURT

Considered and ordered this __8th__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge